IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

LUIS MANUEL SALAZAR ESPINOZA            PLAINTIFF

v.            No. 4:13-cv-615-DPM

JASON RENFROW,            DEFENDANT
Detective, Springdale
Police Department

## ORDER

Espinoza is detained in the Washington County Detention Center, and the only Defendant he has named is from Springdale. The Court therefore transfers this case to the Western District of Arkansas because venue there is proper. 28 U.S.C. § 1406(a). The transfer should be immediate because Espinoza's appeal rights aren't affected. *In re Nine Mile Limited*, 673 F.2d 242 (8th Cir. 1982).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 October 2013